IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA B. KOCHANSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 14-00834-SMY-PMF |
| | ) |
| CITY OF ALTON, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, Patricia B. Kochanski, and the defendant, The City of Alton, to the above-captioned suit, by and through their undersigned attorneys, that upon presentation of this Stipulation to the then presiding Judge of the United States District Court for the Southern District of Illinois, the following Order may, and shall be entered in said suit dismissing said Complaint originally filed by Patricia B. Kochanski with prejudice and with prejudice to the claims, demands and choses in action sued upon therein against said defendant.  Each party to bear its own costs.

s/BRIAN L. POLINSKE (By consent)          s/CHARLES A. PIERCE
POLINSKE & ASSOCIATES, P.C.                PIERCE LAW FIRM, P.C.
701 North Main Street                              #3 Executive Woods Court, Ste 200
Edwardsville, IL  62025                             Belleville, IL  62226
(618) 692-6520                                          (618) 277-5599

ATTORNEY FOR PLAINTIFF                     ATTORNEY FOR DEFENDANT