## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Patricia B. Kochanski,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No. 14-834-SMY-PMF |
| **City of Alton,** | ) ) ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 6, 2014, this case is **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


By: s/ Kailyn Kramer,
Deputy Clerk

Dated:   December 9, 2014


APPROVED: s/ STACI M. YANDLE,
            STACI M. YANDLE,
            U.S. DISTRICT JUDGE